UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FARWELL,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>DIRECTOR OF CDCR,<br><br>　　　　　Respondent. | No. 2:25-cv-0225 DJC AC P<br><br><br>ORDER |

　　　Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which he raises claims of ineffective assistance of counsel. Respondent has requested an order to facilitate his ability to obtain sealed state court transcripts from petitioner's <u>Marsden</u> hearings. ECF No. 12. Respondent also requests that these proceedings be stayed pending this court's review of the transcripts for relevance. <u>Id.</u> Petitioner has not opposed the motion. Good cause appearing, the motion will be granted. In the event the transcripts are deemed relevant to petitioner's claims, respondent will be directed to submit a proposed protective order for the court's approval prior to the transcripts being released to respondent.

　　　Accordingly, IT IS HEREBY ORDERED that:

　　　1. Respondent's motion for a court order and stay of proceedings (ECF No. 12) is GRANTED;

1

      2. Respondent is ordered to move the California Court of Appeal, Third District, to transmit to this court under seal the three Marsden transcripts located at Reporter's Transcript at pages 321-328 (Volume II); Reporter's Transcript at pages 394-413 (Volume II); and Reporter's Transcript at pages 715-729 (Volume III); and

      3. The deadline for respondent to file a response to the petition is VACATED and respondent's obligation to respond is stayed pending review of the transcripts.

DATED: April 18, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2