UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FARWELL, | No. 2:25-cv-0225 DJC AC P |
| Petitioner, | |
| v. | ORDER |
| DIRECTOR OF CDCR, | |
| Respondent. | |

     Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, in which he raises claims of ineffective assistance of counsel. After being ordered to respond to the petition, respondent requested an order to facilitate his ability to obtain sealed court transcripts from petitioner's <u>Marsden</u> hearings. ECF No. 12. The request was granted, and respondent was directed to move the California Court of Appeal, Third District, to transmit the transcripts to this court under seal. ECF No. 13. The transcripts have now been received (ECF No. 14), and the court has reviewed them and determined they are relevant to petitioner's claims. Respondent will therefore be directed to submit a proposed protective order for the court's approval. Once a finalized protective order has been signed, a copy of the sealed transcripts will be released to respondent.

     Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the service of this order, respondent shall submit a proposed protective order for the court's approval. Within

1

1  fourteen days of service of the proposed order, petitioner may file any objections to the terms of
2  the proposed order.
3  DATED: June 10, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE