1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ROBERT FARWELL,                          No.  2:25-cv-0225 DJC AC P

12                 Petitioner,

13          v.                                  ORDER

14    DIRECTOR OF CDCR,

15                 Respondent.

16

17          Petitioner, a state prisoner proceeding with a petition for a writ of habeas corpus pursuant

18    to 28 U.S.C. § 2254, has filed a motion to stay proceedings.  ECF No. 18.  In his motion,

19    petitioner requests the proceedings be stayed because he is being transferred to Tehama County

20    Jail for state court proceedings and "will be incommunicado for an unknown amount of time."

21    Id. at 1.

22          Petitioner offers no basis for his assertion that he will be unable to respond to filings while

23    at the Tehama County Jail and the motion will be denied.  Moreover, it appears from the Tehama

24    County Jail's website that petitioner has since been transferred to the jail.  The Clerk of the Court

25    will therefore be directed to serve petitioner at both his address of record and the Tehama County

26    Jail and petitioner will be required to notify the court of his current address.  Petitioner is

27    reminded that he must update the court whenever his address changes or risk dismissal of the

28    case.

                                              1

Accordingly, IT IS HEREBY ORDERED that:

1.  Petitioner's motion to stay proceedings (ECF No. 18) is DENIED without prejudice;

2.  The Clerk of the Court is directed to serve this order on petitioner at both his address of record and at Robert Farwell, #130963, Tehama County Jail, P.O. Box 490, Red Bluff, CA 96080; and

3.  Within fourteen days of the service of this order, petitioner shall file a notice advising the court of his current address.

DATED: July 2, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2