UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FARWELL,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DIRECTOR OF CDCR,<br><br>　　　　　Respondent. | No. 2:25-cv-0225 DJC AC P<br><br><br>PROTECTIVE ORDER |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, in which he raises claims of ineffective assistance of counsel. After being ordered to respond to the petition, respondent requested an order to facilitate his ability to obtain sealed court transcripts from petitioner's Marsden hearings. ECF No. 12. The request was granted (ECF No. 13) and the transcripts have been received (ECF No. 14). After the court reviewed the transcripts and determined they were relevant to petitioner's claims, respondent was directed to submit a proposed protective order for the court's approval. ECF No. 15. Respondent has submitted the proposed order (ECF No. 17) and petitioner has not filed any objections.

　　　　Accordingly, IT IS HEREBY ORDERED that the proposed Protective Order (ECF No. 17) is APPROVED and INCORPORATED herein.

////

1

IT IS FURTHER ORDERED that:

1. The parties may not modify the terms of this Protective Order without the court's approval. If the parties agree to a potential modification, they shall submit a stipulation and proposed order for the court's consideration.

2. Pursuant to Local Rule 141.1(f), the court will not retain jurisdiction over enforcement of the terms of this Protective Order after the action is terminated.

DATED: August 5, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE