UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FARWELL, | No. 2:25-cv-0225 DJC AC P |
| Petitioner, | |
| v. | ORDER |
| DIRECTOR OF CDCR, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, in which he raises claims of ineffective assistance of counsel. The court has reviewed the transcripts from petitioner's Marsden hearings and determined they were relevant to petitioner's claims. ECF No. 15. A protective order has now been entered, and the court will direct service of the sealed documents on respondent's counsel and set a schedule for briefing of the petition.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to serve a copy of the sealed documents at ECF No. 14 on counsel for respondent, Deputy Attorney General Justain P. Riley.

2. Respondent shall file a response to petitioner's habeas petition within sixty days from receipt of the sealed documents.

3. If the response is an answer, petitioner's reply, if any, shall be filed and served within

thirty days after service of the answer.

    4. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if any, shall be filed and served within fourteen days thereafter.

DATED: August 5, 2025

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE