UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FARWELL, | No. 2:25-cv-0225 DJC AC P |
| Petitioner, | |
| v. | ORDER |
| DIRECTOR OF CDCR, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se and in forma pauperis, has filed a document styled as a habeas corpus brief, which appears to be an attempt to amend the petition. ECF No. 26. However, the brief—which sets out the same four grounds for relief as the petition—is not signed under penalty of perjury. See Rule 2(c)(5), 28 U.S.C. foll. § 2254 (petition must be signed under penalty of perjury). The brief will therefore be disregarded. If petitioner wishes to file an amended petition, it should be labeled "First Amended Petition" and must be signed under penalty of perjury.

Accordingly, IT IS HEREBY ORDERED that petitioner's brief (ECF No. 26) is DISREGARDED.

DATED: September 22, 2025

_allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE