1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  ROBERT FARWELL,                                    No.  2:25-cv-0225 DJC AC P

12                 Petitioner,

13          v.                                                ORDER

14  DIRECTOR OF CDCR,

15                 Respondent.

16

17          Respondent has requested a thirty-day extension of time to file a response to the petition.

18  The current deadline is October 6, 2025.  Good cause appearing, IT IS HEREBY ORDERED

19  that:

20          1.  Respondent's request for an extension of time (ECF No. 31) is granted; and

21          2.  Respondent shall have an additional thirty days, up to November 5, 2025, to file a

22  response to the petition.

23  DATED: October 6, 2025

24  _____
    ALLISON CLAIRE
25  UNITED STATES MAGISTRATE JUDGE

26

27

28