UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FARWELL, | No. 2:25-cv-0225 DJC AC P |
| Petitioner, | |
| v. | ORDER |
| DIRECTOR OF CDCR, | |
| Respondent. | |

Petitioner has filed a second motion for the appointment of counsel. ECF No. 34. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. The instant motion is identical to the previous motion and requests appointment of counsel on the grounds that petitioner is indigent, he has no formal legal education, and the issues are complex. ECF No. 34. The court ordered a response to the petition (ECF No. 4), which has now been filed (ECF No. 33). Petitioner has until November 20, 2025, to file an optional traverse. To date, petitioner has been able to adequately articulate his positions and arguments, and at this stage the court does not find that the interests of justice would be served by the appointment of counsel.

////

1 | Accordingly, IT IS HEREBY ORDERED that petitioner's request for appointment of
2 | counsel (ECF No. 34) is DENIED.
3 | DATED: November 4, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE